In the Matter of the Claim of ELIZABETH WILLIAMS, Appellant, against SARATOGA COUNTY HIGHWAY DEPARTMENT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued May 26, 1952; decided June 6, 1952.

*Walter A. Fullerton* and *Francis J. Keehan* for appellant.

*John W. Nichols, County Attorney,* for Saratoga County Highway Department and another, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.